IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01941-RPM-MJW

JAMES PHILLIPS, and
JOY PHILLIPS,

  Plaintiffs,

v.

ENHANCED RECOVERY CORPORATION, a Delaware corporation,

  Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

  THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay his, her or its own attorney's fees and costs.

DATED:  December 14th, 2006

        BY THE COURT:

        s/ Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge